# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH COLLINS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PFSWEB, INC., DAVID I. BEATSON, ) <br> ROBERT FRANKFURT, G. MERCEDES ) <br> DE LUCA, MONICA LUECHTEFELD, ) <br> BENJAMIN ROSENZWEIG, and ) <br> MICHAEL C. WILLOUGHBY, ) <br> ) <br> Defendants. ) <br> ) | Case No. 1:23-cv-01091-MN <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: January 17, 2024

**LONG LAW, LLC**

By: */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*